UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JANICE ARNETT,

      Plaintiff,

Case No. 8:08-CV-02373-JDW-EAJ

vs.

MID-CONTINENT CASUALTY
COMPANY and RUDY BROWN
CONSTRUCTION, INC.

      Defendants.
_____/

## ORDER

**BEFORE THE COURT** is Defendant Mid-Continent Casualty Company's Motion to Consolidate (Dkt. 19). Upon consideration, it is

**ORDERED AND ADJUDGED** that

1) Defendant Mid-Continent Casualty Company's Motion to Consolidate (Dkt. 19). is **GRANTED**.

2) Cases 8:08-CV-02373 and 8:09-CV-00389 are hereby consolidated pursuant to Fed. R. Civ. P. 42(a).

3) The Clerk is directed to administratively close Case No. 8:09-CV-00389.

4) The case will proceed under the consolidated case number 8:08-CV-02373.

5) The Clerk is directed to terminate Dkts. 12, 14 and 18 in Case No. 8:09-CV-00389 and re-file them in Case No. 8:09-CV-02373. The Clerk shall make a notation on the docket that Dkt. 12 was originally filed on March 27, 2009, Dkt. 14 was originally filed April 10, 2009, and Dkt. 18 was originally filed on April 17, 2009.

6) All future pleadings shall include the case style/caption reflected below:

JANICE ARNETT,

    Plaintiff,

vs.

MID-CONTINENT CASUALTY COMPANY and RUDY BROWN CONSTRUCTION, INC.,

    Defendants.
_____/

*Consolidated with*            Consolidated Case No. 8:08-CV-02373-JDW-EAJ

JANICE ARNETT and RUDY BROWN CONSTRUCTION, INC.,

    Plaintiffs,

vs.

GREAT AMERICAN INSURANCE COMPANY,

    Defendant.
_____/

**DONE AND ORDERED** in chambers this 23rd day of April, 2009.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record